cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HERMINIA NAKATA, | ) | Civil No.07cv1183 WQH (AJB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING EARLY |
| | ) | NEUTRAL EVALUATION |
| SHARP HEALTHCARE GROUP LONG TERM DISABILITY BENEFIT PLAN, | ) | CONFERENCE |
| | ) | |
| Defendants. | ) | |

On October 17, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Books Iler, Esq. and Herminia Nakata on behalf of plaintiff; Kathryn Curry, Esq. and Paula McGee, client representative on behalf of defendant.

The case has settled and the settlement is binding and judicially enforceable. The Court therefore, schedules a telephonic Settlement Disposition Conference for *November 28, 2007 at 9:00 a.m.* Counsel for plaintiff shall initiate the conference call unless Judge Battaglia's chambers is notified in advance of the conference that the dismissal has been submitted electronically for entry.

IT IS SO ORDERED.

DATED: October 17, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court