# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMINIA NAKATA,<br><br>                      Plaintiff,<br>vs.<br>SHARP HEALTHCARE GROUP LONG TERM DISABILITY BENEFIT PLAN,<br><br>                      Defendant. | CASE NO. 07cv1183 WQH (AJB)<br><br>**ORDER** |

HAYES, Judge:

      The joint motion of the parties to dismiss all claims against Defendant Sharp Healthcare Group Long Term Disability Benefit Plan (Doc. # 12) is **GRANTED**. Plaintiff's Complaint (Doc. # 1) is **DISMISSED with prejudice.** Each party shall bear its own fees and costs.

DATED: November 15, 2007

                                                    *William Q. Hayes*<br>                                           **WILLIAM Q. HAYES**<br>                                           United States District Judge